Condominium Law Group, PLLC
10310 Aurora Ave. N.
Seattle, WA 98133
Tel: (206) 633-1520

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

ROSE MARIE LUCKSINGER,

Debtor(s).

Case No. 12-21532-TWD

PAYMENT ADDRESS CHANGE

Creditor <u>Villa Enzian Homeowners Association</u> requests that disbursement from the Chapter 13 Trustee be made payable to <u>Villa Enzian Homeowners Association</u> and sent to the following address:

**Villa Enzian Condominiums Homeowners Association**
**c/o Bell-Anderson & Associates LLC**
**10615 SE 256th Street**
**Kent, WA 98030**

Creditor further requests that future bankruptcy court notices and all legal process be served on Creditor at the above address.

DATED: January 7th, 2015.

Condominium Law Group PLLC

<u>/s/ Stephen M. Smith</u>
Stephen M. Smith, WSBA #42021
Of Attorneys for Creditor

Payment Address Change
Page 1 of 1

Condominium Law Group PLLC
10310 Aurora Ave. N.
Seattle, WA 98133
Tel: (206) 633-1520

Case 12-21532-TWD    Doc 30    Filed 01/08/15    Ent. 01/08/15 09:27:34    Pg. 1 of 1